

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00552-CV

**IN THE INTEREST OF P.M.M.**, a Child

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-21699
Honorable Antonia Arteaga, Judge Presiding

PER CURIAM

Sitting:  Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Lori I. Valenzuela, Justice

Delivered and Filed: December 27, 2023

DISMISSED FOR LACK OF JURISDICTION

In this cause, appellant pro se seeks to appeal the trial court's interlocutory orders dissolving his indigency status and ordering him to pay attorney's fees. Appellant apparently relies on Texas Rule of Civil Procedure 145(g) as a basis for filing his interlocutory appeal. However, Rule 145(g) does not independently authorize an interlocutory appeal. *See* TEX. R. CIV. P. 145(g) (authorizing party contesting finding of non-indigency to "challenge the order by *motion* filed in the court of appeals *with jurisdiction over an appeal from the judgment* in the case") (emphasis added). Moreover, after the filing of this appeal, the trial court entered a final judgment, and appellant has directly appealed the merits in Cause No. 04-23-00840-CV. *See Bonsmara Nat. Beef Co., LLC v. Hart of Tex. Cattle Feeders, LLC*, 603 S.W.3d 385, 390 (Tex. 2020) ("When a trial

court renders a final judgment, the court's interlocutory orders merge into the judgment and may be challenged by appealing that judgment.").

On October 26, 2023, we ordered appellant to show cause why this cause should not be dismissed for lack of jurisdiction. Appellant did not respond to our order. We accordingly dismiss this cause for lack of jurisdiction. However, on September 6, 2023, appellant filed a brief that we construe as a motion filed under Rule 145(g). In the interests of justice, we, therefore, direct the Clerk to transfer to Cause No. 04-23-00840-CV (1) the clerk's records, (2) the reporter's record, and (3) appellant's September 6, 2023 motion for disposition pursuant to Rule 145(g).

PER CURIAM